UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AZIEWE KENYATTA CALLWOOD** | **CIVIL ACTION NO. 3:24-cv-1495** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, together with the Objection [Doc. No. 6] filed by Plaintiff Aziewe Kenyatta Callwood ("Callwood"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Callwood's Petition for Mandamus Relief [Doc. No. 1] is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 21st day of January 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE